AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 31, 2026

SEAN F. McAVOY, CLERK

|   |   |
|---|---|
| LENNY B.<br>*Plaintiff*<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security<br>*Defendant* | )<br>)<br>)<br>)<br>)<br><br>Civil Action No.   2:24-CV-00264-JAG |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   Plaintiff's Motion, ECF No. 9, is GRANTED. The Commissioner's decision is REVERSED and the matter is REMANDED to the Commissioner for additional proceedings.
Judgment in favor of Plaintiff.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   JAMES A. GOEKE

Date:   3/31/2026                                    *CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*